UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Crim. No. 12-400 (FSH) |
| WINSTON THOMAS | : | ORDER FOR CONTINUANCE |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Robert Frazer and Lisa M. Colone, Assistant U.S. Attorneys, appearing), and defendant Winston Thomas (Christopher L. Patella, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1) Defense counsel requires additional time to review the discovery provided in this case and to prepare for trial;

      (2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be

12/17/2012 18:38 FAX 201 555 5557     CHRISTOPHER PATELLA ESQ                    P.02

permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of December, 2012,

ORDERED that this action be, and hereby is, continued until February 11, 2013; and it is further

ORDERED that a status conference shall be held on January 10, 2013, at 1:30 p.m.; and it is further

ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that status conference; and it is further

ORDERED that the period from the date of this order through February 11, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

*[signature]*
HON. FAITH S. HOCHBERG
United States District Judge

Form and entry
consented to:

*[signature]*
Lisa M. Colone
Assistant U.S. Attorney

*[signature]*
Christopher L. Patella, Esq.
Counsel for defendant Winston Thomas